**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   13-cv-03321-LTB-KLM

FRANK RICOTTA, JR., and
BARBARA RICOTTA,

      Plaintiffs,

v.

USAA CASUALTY INSURANCE COMPANY, a Texas corporation,

      Defendant.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulated Motion for Dismissal Without Prejudice (Doc 7 - filed January 22, 2014), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                    BY THE COURT:

                       s/Lewis T. Babcock
                    Lewis T. Babcock, Judge

DATED:   January 23, 2014